EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: Máximo Molina Fragosa | 2007 TSPR 76 170 DPR _____ |
|---|---|

Número del Caso: TS-5739

Fecha: 27 de abril de 2007

Oficina de Inspección de Notarías:

Lcda. Marla D. Ríos Díaz
Directora Interina

Abogado de la Parte Peticionaria:

Por Derecho Propio

Materia: Reinstalación al Ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Máximo Molina Fragosa                    TS-5739

RESOLUCIÓN

San Juan, Puerto Rico, a 27 de abril de 2007.

Examinados los documentos presentados en este caso, se ordena la reinstalación del Lcdo. Máximo Molina Fragosa al ejercicio de la notaría.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo